```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL RAY NICKOLSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-171 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER AMENDING |
| | ) MOTION AND HEARING SCHEDULE |
| v. | ) |
| MICHAEL RAY NICKOLSON, | ) Date: March 11, 2008 |
| | ) Time: 11:00 a.m. |
| Defendant. | ) Judge: D. LOWELL JENSEN |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through William S. Wong, Assistant United States Attorney, and MICHAEL RAY NICKOLSON, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the motions schedule previously set be amended such that defendant's motion to suppress, previously scheduled to be heard on January 8, 2008, shall now be heard on March 11, 2008. The government's opposition to defendant's motion shall be due on February 19, 2008. The reply to the government's opposition shall be due on February 26, 2008.

    This continuance is being requested due to on-going defense

1  investigation and preparation for possible evidentiary hearing.

2      IT IS FURTHER STIPULATED that the period from January 8, 2008,
3  through and including March 11, 2008, be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
6  preparation of counsel.

7  Dated: January 2, 2008

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    MICHAEL RAY NICKOLSON

Dated: January 2, 2008

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew C. Bockmon for
    _____
    WILLIAM S. WONG
    Assistant U.S. Attorney
    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  January 3, 2008

_____
D. LOWELL JENSEN
United States District Judge

Stip & Order                        2