1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL RAY NICKOLSON

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,     )  NO. CR-S-06-171 DLJ
12                               )
                  Plaintiff,     )  STIPULATION AND ORDER CONTINUING
13                               )  STATUS CONFERENCE
        v.                       )
14                               )  Date:  May 20, 2008
   MICHAEL RAY NICKOLSON,        )  Time:  9:00 a.m.
15                               )  Judge: D. LOWELL JENSEN
                  Defendant.     )
16                               )
   _____  )
17

18

19      It is hereby stipulated and agreed to between the United States of
20 America through William S. Wong, Assistant United States Attorney, and
21 MICHAEL RAY NICKOLSON, by and through his counsel, Matthew C. Bockmon,
22 Assistant Federal Defender, that the status conference previously
23 scheduled to be heard on April 15, 2008, shall now be heard on May 20,
24 2008.
25      This continuance is being requested due to on-going defense
26 investigation and preparation for possible evidentiary hearing, and
27 because defense counsel is not available on April 15, 2008.
28      IT IS FURTHER STIPULATED that the period from April 15, 2008,

through and including May 20, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 14, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MICHAEL RAY NICKOLSON

Dated: April 14, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
WILLIAM S. WONG
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  April 14, 2008

/s/ D. Lowell Jensen
D. LOWELL JENSEN
United States District Judge

Stip & Order                                                    2