DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL NICKOLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-171 JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CALENDAR STATUS HEARING |
| MICHAEL NICKOLSON, | ) | |
| Defendant. | ) | |

The attorneys for both parties have agreed to calendar this case for a status hearing on September 9, 2008 at 9:30 am.

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 28, 2008

Respectfully submitted,

McGREGOR W. SCOTT                           DANIEL BRODERICK
United States Attorney                             Federal Defender


 /s/Lexi Negin for                                       /s/ Lexi Negin
WILLIAM WONG                                    LEXI NEGIN
Assistant U.S. Attorney                            Assistant Federal Defender
Attorney for United States                        Attorney for Michael Nickolson

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-171 JAM |
| Plaintiff, ) | |
| v. ) | ORDER CALENDERING |
| ) | STATUS HEARING |
| MICHAEL NICKOLSON, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on August 28, 2008, IT IS HEREBY ORDERED that a status hearing be scheduled for September 9, 2008, at 9:30 a.m.

Dated: August 28, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE