DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL NICKOLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S 06-171- JAM |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S REQUEST FOR |
| | ) | ORDER TO FILE WITNESS LIST *EX PARTE* |
| | ) | AND UNDER SEAL AND PROPOSED ORDER |
| v. | ) | |
| | ) | |
| MICHAEL NICKOLSON, | ) | Date:   December 8, 2008 |
| | ) | Time:   9:00 a.m. |
| Defendant. | ) | Judge:  John A. Mendez |
| | ) | |
| | ) | |

    Mr. Michael Nickolson, by and through undersigned counsel respectfully requests an order from this court permitting the defense to file the accompanying witness list to the Court *ex parte* and under seal.

    At the trial confirmation hearing, the Court ordered counsel to produce a witness list in order for the Court to be able to voir dire the jury as to familiarity with witnesses that may be called to testify at trial. There is no authority requiring the defense to produce a witness list, thereby revealing potential defenses, to the government in advance of trial. Counsel requests that the Court accept the witness list *ex parte* and under seal in advance of trial, and that the Court not reveal the names of the defense witnesses until jury selection.

Dated:  November 23, 2008

                                                    Respectfully submitted,

                                                    DANIEL J. BRODERICK
                                                    Federal Defender

                                                    /s/ Lexi Negin
                                                    LEXI NEGIN
                                                    Assistant Federal Defender
                                                    Attorneys for Michael Nickolson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S 06-171- JAM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL NICKOLSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to Counsel's request to file the defense witness list *ex parte* and under seal, the Court grants the request and it is hereby, ORDERED, that the Clerk of the Court shall file the accompanying witness list under seal and shall not serve the parties.

Dated: 11/25/2008

/s/ John A. Mendez
JOHN A. MENDEZ
Judge, United States District Court for the Eastern District of California