McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-0171 JAM |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING ON PETITION ALLEGING SUPERVISED RELEASE VIOLATIONS |
| v. | |
| MICHAEL RAY NICKOLSON, | |
| Defendants. | |

The Court has read and considered the Stipulation for Continuance of Preliminary Hearing on Petition Alleging Supervised Release Violations filed by the parties in this matter on April 8, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to move the preliminary hearing date pursuant to Rule 32.1(b)(1)(A) of the Federal Rules of Criminal Procedure. Specifically, the Court finds that the continuance to April 11, 2019, at 2:00 p.m. will allow the defense reasonable time for preparation and for the witnesses who will provide evidence in support of the Probation Office's Petition for Supervised Release violations to be available to provide testimony.

////

////

[PROPOSED] ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is continued to April 11, 2019, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: April 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE